**2017–0742. State v. Anderson.**
Cuyahoga App. No. 104460, 2017-Ohio-931. On appellant's motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.

O'DONNELL, FRENCH, and DEWINE, JJ., dissent.

**2017–0763. State v. Haddox.**
Erie App. No. E–15–017, 2016-Ohio-3368. On motion for leave to file delayed appeal. Motion denied.

DEWINE, J., dissents.

**2017–0764. State v. Lee.**
Richland App. No. 15–CA–52, 2016-Ohio-1045. On motion for leave to file delayed appeal. Motion denied.

**2017–0765. State v. McCort.**
Muskingum App. No. CT2016–0019, 2017-Ohio-590. On motion for leave to file delayed appeal. Motion denied.

**2017–0766. State v. Patterson.**
Cuyahoga App. No. 104266, 2017-Ohio-1444. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.

O'CONNOR, C.J., dissents.

**2017–0774. State v. Fetherolf.**
Union App. Nos. 14–16–10 and 14–16–11, 2017-Ohio-1316. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.

O'CONNOR, C.J., and O'DONNELL, J., dissent.

**2017–0783. State v. Collopy.**
Coshocton App. No. 2016CA0010, 2017-Ohio-1397. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.

O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2016–0696. State v. Apanovitch.**
Cuyahoga App. Nos. 102618 and 102698, 2016-Ohio-2831. Discretionary appeal accepted on proposition of law Nos. I, III, and IV.

O'DONNELL, KENNEDY and O'NEILL, JJ., would also accept the appeal on proposition of law No. II.

O'CONNOR, C.J., and FRENCH and DEWINE, JJ., concur in part and dissent in part and would accept the appeal on proposition of law No. IV only.

**2017–0039. In re Adoption of M.G.B.–E.**
Clinton App. No. CA2016–06–017, 2016-Ohio-7912. Discretionary appeal accepted on proposition of law No. I.

O'DONNELL, KENNEDY, and O'NEILL, JJ., would also accept the appeal on proposition of law No. II.

O'CONNOR, C.J., FRENCH and DEWINE, JJ., dissent.